**Opinion issued June 27, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00679-CV

_____

**DONNA HOLCOMB, Appellant**

**v.**

**CHRIS DI FERRANTE AND GALVESTON BLEAK HOUSE REALTY, INC., Appellees**

---

**On Appeal from the County Court at Law No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV0066527**

---

## MEMORANDUM OPINION

Appellees, Chris Di Ferrante and Galveston Bleak House Realty, Inc., move to dismiss the appeal because appellant, Donna Holcomb, has failed to file a brief. We grant appellees' motion and dismiss the appeal.

Appellant's brief was first due on January 11, 2013. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief). On January 16, 2013, we granted appellant's motion for extension of time to file a brief, directing that appellant file her brief no later than March 12, 2013. *See* TEX. R. APP. P. 38.6(d). On March 21, 2013, the Court notified appellant that a brief had not been received and that the appeal was subject to dismissal if appellant did not file, within 10 days, a brief or a motion for extension of time to file a brief. *See* TEX. R. APP. P. 38.8(a) (governing failure to file brief and providing for dismissal of appeal), 42.3(b) (allowing involuntary dismissal of appeal). Appellant did not respond.

On May 23, 2013, appellees moved to dismiss the appeal for want of prosecution because appellant had not filed a brief. Appellant did not respond.

We grant appellees' motion and dismiss the appeal for want of prosecution. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.